**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**-vs-**                                                              **Case No.  2:05cr20113-5-B**

**RAMZI MALIKA BENT MOHAMED**

_____

**ORDER APPOINTING COUNSEL PURSUANT TO**
**THE CRIMINAL JUSTICE ACT**

This Court has determined that the above-named defendant is financially unable to obtain adequate

representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly,

the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

**APPOINTMENT OF COUNSEL**

•        Kemper Durand, a member of the Criminal Justice Act Panel of this District, is appointed
         as counsel for the defendant.

**TYPE OF APPOINTMENT**

•        Through trial and notice of appeal.

**DONE** and **ORDERED** in  167 North Main, Memphis,   this 15th  day of May, 2006.

                                        _____s/ James H. Allen_____
                                        JAMES H. ALLEN
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
RAMZI MALIKA BENT MOHAMED